UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PATRICIA MARIE BOYD,

Petitioner,

v.

STATE OF MINNESOTA,

Respondent.

Civil No. 00-725 (JMR/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner has filed a petition for a writ of habeas corpus claiming that she is being unlawfully incarcerated at the Minnesota Correctional Facility, Shakopee, Minnesota.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position and Respondent's recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition;

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if Petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty.

FILED MAR 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________
cc petitioner, Mower Cnty atty, C Stanich

Absent compliance with this order within the 20 day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

IT IS FURTHER ORDERED that upon the filing of the foregoing, the parties shall await the further order of this Court.

Dated: March 31, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge