# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Patricia Marie Boyd

Case No. Civil 00-725 JMR/FLN

v.

**JUDGMENT IN A CIVIL CASE**

State of Minnesota

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

The petition for a writ of habeas corpus is denied and that the petitioner is granted a certificate of appealability on all issues raised in her brief.

DATE: November 30, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(14)